**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WINN & ASSOCIATES, PLLC,<br>An Oklahoma Professional Limited<br>Liability Company,<br><br>      Plaintiff,<br><br>v.<br><br>EMCARE PHYSICIAN PROVIDERS,<br>INC., A Missouri Corporation, et al.,<br><br>      Defendants. | Case No. CIV-13-427-JHP |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 12, 2015, the United States Magistrate Judge entered a Report and Recommendation regarding Plaintiff's Motion for Attorney Fees (Dkt.# 90). Defendants have not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on March 12, 2015, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 27th day of March, 2015.

James H. Payne
United States District Judge
Eastern District of Oklahoma